TMH:tmh
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

vs.                                        Case No. 25-mj-857 (DTS)

DEAN WADE GUENTHNER

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DEAN WADE GUENTHNER

who is accused of an offense or violation based on the following document filed with the court:

____ Indictment   ____ Superseding Indictment  ____ Information  ____ Superseding Information  _X_ Complaint

____ Probation Violation Petition  ____Supervised Release Violation Petition  ____ Violation Notice  ____ Order of the Court

On or about October 7, 2025, in Hennepin County, Minnesota, in the State and District of Minnesota, the defendant,
Dean Wade Guenthner, did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams
or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance,
all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Date: <u>December 17, 2025</u>

_____
*Issuing officer's signature*

City and state:   <u>Minneapolis, Minnesota</u>

David T. Schultz, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                          _____ <br> *Arresting officer's signature* |
|                                                                 _____ <br> *Printed name and title* |