UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-857 DTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **NOTICE OF SUBSTITUTION**

DEAN WADE GUENTHNER,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Syngen Kanassatega

<u>Remove AUSA</u>

Thomas M. Hollenhorst

Dated: January 16, 2026       Respectfully submitted,

    DANIEL N. ROSEN
    United States Attorney

    *s/Thomas M. Hollenhorst*
BY:    THOMAS M. HOLLENHORST
    Assistant U.S. Attorney