UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-MJ-857

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                         **NOTICE OF APPEARANCE**

DEAN GUENTHER,

      Defendant.

Please add the following Assistant United States Attorney(s) to the above-captioned case:

<u>Add AUSA</u>

Syngen Kanassatega

Dated: January 27, 2026                          Respectfully submitted,

                                                          DANIEL N. ROSEN
                                                          United States Attorney

                                                          *s/Syngen Kanassatega*
                                   BY:   SYNGEN KANASSATEGA
                                                          Assistant U.S. Attorney