UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-857 (DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEAN WADE GUENTHER,

    Defendant.

**Government's Motion to Dismiss Complaint Without Prejudice**

The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Syngen Kanassatega, Assistant United States Attorney, moves the Court for an order to dismiss the charge in the complaint without prejudice in the above-entitled matter against the defendant, Dean Wade Guenther. Doc. No. 1. The United States makes this motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 27, 2026

Respectfully Submitted:

DANIEL N. ROSEN
United States Attorney

s/ *Syngen Kanassatega*

BY: SYNGEN KANASSATEGA
Assistant United States Attorney