# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | File No. 25-MJ-00857 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DEAN WADE GUENTHNER, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to Federal Rule of Criminal Procedure 48(a), the Government's Motion to Dismiss the above-referenced case without prejudice (Doc. No. 14) is hereby GRANTED and the Complaint against the above-named Defendant (Doc. No. 1) is DISMISSED without prejudice.

Dated: February 4, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1